NDFL Prob 35 (1/92)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 1:98CR00050-004

Marie Mae Hagins

On October 9, 2004 the above named was placed on Supervised Release for a period of Five (5) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Marie Mae Hagins be discharged from Supervised Release.

Respectfully submitted,

_____
Beverly Stiefvater
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 30TH day of January, 2008.

_____
Maurice M. Paul
Senior United States District Judge